UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND and LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>            v.<br><br>NOVARTIS PHARMACEUTICALS CORP., NOVARTIS AG, and NOVARTIS CORPORATION,<br><br>                    Defendants. | Civil Action No.  1:15-cv-12732-ADB |

**DEFENDANTS NOVARTIS PHARMACEUTICALS CORPORATION'S AND NOVARTIS CORPORATION'S MOTION TO DISMISS THE COMPLAINT UNDER RULES 12(b)(1) AND 12(b)(6)**

NOW COMES Defendants Novartis Pharmaceuticals Corporation ("NPC") and Novartis Corporation ("NC"), who hereby respectfully move this Court, before the Honorable Allison D. Burroughs, United States District Judge, United States District Court of Massachusetts, to dismiss the purported class action Complaint of Plaintiffs United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund and Laborers Health and Welfare Trust Fund For Northern California with prejudice under Rules 12(b)(1) and 12(b)(6).  As set forth more fully in the accompanying Memorandum of Law, the Complaint should be dismissed because Plaintiffs lack standing to challenge presumptively valid patents in the first instance, which is a necessary predicate to their antitrust claims, and Plaintiffs have failed to plausibly allege that Defendants engaged in sham litigation.

## REQUEST FOR ORAL ARGUMENT

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 7.1, Defendants NPC and NC believe that oral argument will assist the court and wish to be heard. Defendants NPC and NC therefore request an oral argument.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for NPC and NC hereby certify that on July 29, 2015 counsel conferred with Plaintiffs' counsel and attempted in good faith to resolve or narrow the issues in dispute in this motion.

A proposed order is filed herewith.

Dated:  July 29, 2015

Respectfully Submitted,

Novartis Pharmaceuticals Corporation
and Novartis Corporation, Defendants

By: /s/ Saul P. Morgenstern
    Saul P. Morgenstern
    saul.morgenstern@kayescholer.com
    David K. Barr
    david.barr@kayescholer.com
    Mark D. Godler
    mark.godler@kayescholer.com
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
212-836-8000
212-836-8689 (fax)

Laura Shores
laura.shores@kayescholer.com
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
202-682-3500
202-682-3580 (fax)

William A. Zucker, BBO # 541240
wzucker@mccarter.com
Wyley Proctor, BBO # 666613
wproctor@mccarter.com
MCCARTER & ENGLISH LLP
265 Franklin Street, Boston, MA 02110
617-449-6500
617-607-9200 (fax)

**CERTIFICATE OF SERVICE**

    I, Saul P. Morgenstern, hereby certify that on this 29th day of July, 2015, the within document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

                                             /s/ *Saul P. Morgenstern*
                                               Saul P. Morgenstern