UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND and LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORP., NOVARTIS AG, and NOVARTIS CORPORATION,<br><br>Defendants. | Civil Action No.  1:15-cv-12732-ADB<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT NOVARTIS AG'S MOTION TO DISMISS**
**PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**

Defendant Novartis AG respectfully moves this Court to dismiss the purported class action Complaint of Plaintiffs United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund and Laborers Health and Welfare Trust Fund For Northern California with prejudice under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  For the reasons set forth in the Motion to Dismiss and the Memorandum of Points and Authorities filed by Defendants Novartis Pharmaceuticals Corporation and Novartis Corporation on July 29, 2015 (Docket Nos. 53 and 54, respectively), Plaintiffs' Complaint should be dismissed.  As fully set forth therein, Plaintiffs lack standing and fail to allege a predicate for the claims—principally either an actual finding of invalidity or a "large, unjustified reverse payment."

1

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1, Defendant Novartis AG believes that oral argument will assist the Court and wishes to be heard.  Defendant Novartis AG therefore requests an oral argument on the above motion.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for Novartis AG hereby certify that on August 11, 2015, counsel conferred with Plaintiffs' counsel and attempted in good faith to resolve or narrow the issues in dispute in this motion.

Dated:  Boston, Massachusetts
August 12, 2015

                                           Respectfully Submitted,
                                           Novartis AG

| | |
|---|---|
| Grant Esposito *(pro hac vice pending)* <br> gesposito@mofo.com <br> MORRISON & FOERSTER LLP <br> 250 West 55th Street, New York, NY 10019 <br> 212-468-8166 | By:  /s/ *William A. Zucker*         <br> William A. Zucker, BBO # 541240 <br> wzucker@mccarter.com <br> Wyley Proctor, BBO # 666613 <br> wproctor@mccarter.com <br> MCCARTER & ENGLISH LLP <br> 265 Franklin Street, Boston, MA 02110 <br> 617-449-6500 <br> 617-607-9200 (fax) |

## **CERTIFICATE OF SERVICE**

      I, Wyley Proctor, hereby certify that on this 12th day of August, 2015, the within document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

                                                                   */s/ Wyley Proctor*