UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND and LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, on behalf of themselves and others similarly situated,<br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>NOVARTIS PHARMACEUTICALS CORP., NOVARTIS AG, and NOVARTIS CORPORATION,<br>　　　　　　　　　　　　Defendants. | Civil Action No. 1:15-cv-12732-ADB |

## UNOPPOSED MOTION FOR LEAVE TO FILE
## NOTICE OF SUPPLEMENTAL AUTHORITY

Yesterday, on September 16, 2015, Judge Casper's decision in *In re Solodyn (Minocycline Hydrochloride) Antitrust Litigation*, Civil Action No. 14-md-02503-DJC became public. This decision is relevant to Defendants' pending Motions to Dismiss (ECF Nos. 53, 60).

Defendants seek leave to file the attached Notice of Supplemental Authority to bring this decision to the Court's attention. The parties have conferred and Plaintiffs do not oppose this motion.

Dated: September 17, 2015

<table>
<tr><td>

Laura Shores
laura.shores@kayescholer.com
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
202-682-3500
202-682-3580 (fax)

William A. Zucker, BBO # 541240
wzucker@mccarter.com
Wyley Proctor, BBO # 666613
wproctor@mccarter.com
MCCARTER & ENGLISH LLP
265 Franklin Street, Boston, MA 02110
617-449-6500
617-607-9200 (fax)




William A. Zucker, BBO # 541240
wzucker@mccarter.com
Wyley Proctor, BBO # 666613
wproctor@mccarter.com
MCCARTER & ENGLISH LLP
265 Franklin Street, Boston, MA 02110
617-449-6500
617-607-9200 (fax)

</td><td>

Respectfully Submitted,

Novartis Pharmaceuticals Corporation and
Novartis Corporation, Defendants


By: /s/ Saul P. Morgenstern
    Saul P. Morgenstern
    saul.morgenstern@kayescholer.com
    David K. Barr
    david.barr@kayescholer.com
    Mark D. Godler
    mark.godler@kayescholer.com
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
212-836-8000
212-836-8689 (fax)



Novartis AG


By: /s/ Grant J. Esposito
    Grant J. Esposito
    gesposito@mofo.com
    Jessica Kaufman
    jkaufman@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
212-468-8000
212-468-7900 (fax)

</td></tr>
</table>

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a), the undersigned certifies that counsel conferred in a good faith effort to resolve or narrow the issues presented by this motion. Plaintiffs do not oppose this motion.

/s/ *Wyley Proctor*
Wyley Proctor

## CERTIFICATE OF SERVICE

I, Wyley Proctor, hereby certify that on this 17th day of September, 2015, the within document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

/s/ *Wyley Proctor*
Wyley Proctor