**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND and LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, <br>       Plaintiffs, <br><br>   v. <br><br> NOVARTIS PHARMACEUTICALS CORP., NOVARTIS AG, and NOVARTIS CORPORATION, <br>       Defendants. | Consolidated <br><br> Civil Action No. 1:15-cv-12732-ADB (Lead Case) <br><br> ORAL ARGUMENT REQUESTED |
| LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA, <br>       Plaintiff, <br><br>   v. <br><br> NOVARTIS PHARMACEUTICALS CORP., et al., <br>       Defendants. | Civil Action No. 1:15-cv-13461-ADB |
| AFSCME HEALTH AND WELFARE FUND, <br>       Plaintiff, <br><br>   v. <br><br> NOVARTIS PHARMACEUTICALS CORP., et al., <br>       Defendants. | Civil Action No. 1:15-cv-13724-ADB |
| MINNESOTA LABORERS HEALTH AND WELFARE FUND, <br>       Plaintiff, <br><br>   v. <br><br> NOVARTIS PHARMACEUTICALS CORP., et al., <br>       Defendants. | Civil Action No. 1:15-cv-13725-ADB |
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, <br>       Plaintiff, <br><br>   v. <br><br> NOVARTIS PHARMACEUTICALS CORP., et al., <br>       Defendants. | Civil Action No. 1:15-cv-13726-ADB |

ME1 22498946v.1

**DEFENDANTS NOVARTIS PHARMACEUTICALS
CORPORATION, NOVARTIS CORPORATION, AND
NOVARTIS AG'S MOTION TO DISMISS THE CONSOLIDATED
AMENDED CLASS ACTION COMPLAINT UNDER RULES 12(B)(1) AND 12(B)(6)**

NOW COMES Defendants Novartis Pharmaceuticals Corporation, Novartis Corporation, and Novartis AG, who respectfully move this Court, before the Honorable Allison D. Burroughs, United States District Judge, United States District Court, District of Massachusetts, to dismiss the purported class action Consolidated Amended Complaint of Plaintiffs Laborers Health and Welfare Trust Fund For Northern California and Louisiana Health Service and Indemnity Company (Case No. 1:15-cv-12732, Dkt. No. 105; *see also* Dkt. No. 110) with prejudice pursuant to Rules 12(b)(6) and 12(b)(1).

As set forth more fully in the accompanying Memorandum of Law, the Complaint should be dismissed for failure to state a claim because Plaintiffs (i) have failed to plausibly allege that any of the Defendants engaged in so-called sham listing of patents in the Orange Book or litigation to enforce those patents in violation of the antitrust laws, (ii) lack standing to challenge presumptively valid patents in the first instance, which is a necessary predicate to their sham listing and litigation claims, (iii) have failed to plausibly allege that any of the Defendants committed fraud on the U.S. Patent Office to obtain patents later enforced in litigation (*Walker Process*-type claims), (iv) fail to properly plead their purported state law causes of action, (v) lack standing to assert claims in states in which they do not reside and have not been injured, (vi) failed to sufficiently plead state consumer protection act claims in several states, and (vii) are not residents or citizens of Utah and therefore cannot assert a claim under the Utah Antitrust Act.

ME1 22498946v.1

## REQUEST FOR ORAL ARGUMENT

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 7.1, Defendants believe that oral argument will assist the Court and wish to be heard.  Defendants therefore request an oral argument.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Counsel for Defendants hereby certify that on May 10, 2016, Defendants' counsel conferred with Plaintiffs' counsel and attempted in good faith to resolve or narrow the issues in dispute in this motion.

Date:   May 10, 2016

Respectfully Submitted,

NOVARTIS PHARMACEUTICALS CORPORATION
AND NOVARTIS CORPORATION, DEFENDANTS

By: /s/ Saul P. Morgenstern
     Saul P. Morgenstern
     saul.morgenstern@kayescholer.com
     David K. Barr
     david.barr@kayescholer.com
     Mark D. Godler
     mark.godler@kayescholer.com
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
212-836-8000
212-836-8689 (fax)

Laura S. Shores
laura.shores@kayescholer.com
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
202-682-3500
202-682-3580 (fax)


William A. Zucker, BBO # 541240
wzucker@mccarter.com
Wyley S. Proctor, BBO # 666613
wproctor@mccarter.com
MCCARTER & ENGLISH LLP
265 Franklin Street, Boston, MA 02110
617-449-6500
617-607-9200 (fax)

3

NOVARTIS AG, DEFENDANT

William A. Zucker, BBO # 541240
wzucker@mccarter.com
Wyley S. Proctor, BBO # 666613
wproctor@mccarter.com
MCCARTER & ENGLISH LLP
265 Franklin Street, Boston, MA 02110
617-449-6500
617-607-9200 (fax)

By: /s/ Grant Esposito
Grant Esposito
gesposito@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street, New York NY 10019
212-468-8166

4

## <u>CERTIFICATE OF SERVICE</u>

I, Wyley S. Proctor, hereby certify that on this 10th day of May, 2016, the within document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

/s/   *Wyley S. Proctor*

5