# United States Court of Appeals
### For the First Circuit

---

No. 17-1714

UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND; LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, on behalf of themselves and others similarly situated; AFSCME HEALTH AND WELFARE FUND, on behalf of themselves and others similarly situated; MINNESOTA LABORERS HEALTH AND WELFARE FUND, on behalf of themselves and others similarly situated; PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of themselves and others similarly situated; LOUISIANA HEALTH SERVICE & INDEMNITY COMPANY, d/b/a Blue Cross and Blue Shield of Louisiana, on behalf of themselves and others similarly situated,

Plaintiffs, Appellants,

v.

NOVARTIS PHARMACEUTICALS CORPORATION;
NOVARTIS CORPORATION; NOVARTIS AG,

Defendants, Appellees.

---

No. 17-1776

RXDN, INC., on behalf of itself and
on behalf of the Direct Purchaser Class,

Plaintiff, Appellant,

v.

NOVARTIS PHARMACEUTICALS CORPORATION;
NOVARTIS CORPORATION; NOVARTIS AG,

Defendants, Appellees.

---

**JUDGMENT**

Entered: August 21, 2018

   This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgments of the district court in both actions are affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Edward A. Wallace
Thomas M. Sobol
Kenneth A. Wexler
Kristen A. Johnson
Justin N. Boley
Michael Joseph Wall
Joey P. Leniski Jr.
James Gerard Stranch IV
Hannah Schwarzschild
Michael Gilman Stewart
Hannah W. Brennan
Jeffrely L. Kodroff
John A. Macoretta
Adam M. Stewart
Diana J. Zinser
Devona L. Wells
Saul P. Morgenstern
William A. Zucker
Wyley Sayre Proctor
Mark D. Godler
Alice C.C. Huling
David K. Barr
Laura Scott Shores
Grant J. Esposito
Jessica L. Kaufman
Noah Rosmarin
John D. Radice